**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

John P. Mansfield, Jr., et al.
                                             Plaintiff,

v.                                                                            Case No.: 1:06−cv−06869
                                                                          Honorable Matthew F. Kennelly

Air Line Pilots Association, International
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 15, 2009:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held and continued to 9/18/2009 at 01:30 PM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.